UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 4:20-cv-10094-KMM

BIANCA DIGENNARO,

    Plaintiff,

v.

MICHAEL MALGRAT, *et al.*,

    Defendants.
_____/

## **FINAL JUDGMENT**

THIS CAUSE came before the Court upon the Court's June 14, 2021 Order granting Defendants Michael L. Malgrat, Kenneth Waite, Fred C. Sims, and the City of Key West's Motion for Summary Judgment.  (ECF No. 69).  Pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby ORDERED AND ADJUDGED that Final Judgment is entered in favor of Defendants Michael L. Malgrat, Kenneth Waite, Fred C. Sims, and the City of Key West, and against Plaintiff Bianca Digennaro.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of June, 2021.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c:    All counsel of record