# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 10, 2021

FILED BY _____ AP _____ D.C.
Nov 10, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 21-12374-JJ
Case Style: Bianca Digennaro v. Michael Malgrat, et al
District Court Docket No: 4:20-cv-10094-KMM

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ/lt
Phone #: (404)335-6193

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 21-12374-JJ

_____

BIANCA DIGENNARO,
as the legal guardian of HMM, a minor,

                                  Plaintiff - Appellant,

versus

MICHAEL L. MALGRAT,
KENNETH J.W. WAITE,
FRED C. SIMS,
CITY OF KEY WEST, FLORIDA,

                                  Defendants - Appellees,

ASHLEY N. HENRIQUEZ, et al.,

                                  Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Bianca Digennaro's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective November 10, 2021.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Tiffany A. Tucker, JJ, Deputy Clerk

                                                                             FOR THE COURT - BY DIRECTION