**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 4:20-cv-10094-KMM

BIANCA DIGENNARO,

    Plaintiff,

v.

MICHAEL MALGRAT, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants Michael L. Malgrat, Fred C. Sims, Kenneth JW Waite, and the City of Key West's (collectively, the "City Defendants") Motion to Tax Costs. ("Mot.") (ECF No. 71). Plaintiff Bianca Digennaro ("Plaintiff") filed a response. ("Resp.") (ECF No. 75). The City Defendants filed a reply. ("Reply") (ECF No. 77). The Court referred the matter to the Honorable Jacqueline Becerra, United States Magistrate Judge, "to take all necessary and proper action as required by law with respect to Defendants' Motion to Tax Costs." (ECF No. 73). A hearing on the City Defendants' Motion was held before Magistrate Judge Becerra on January 28, 2022. (ECF No. 87). On February 3, 2022, Magistrate Judge Becerra issued a Report and Recommendation ("R&R") on Defendants' Motion to Tax Costs, recommending that Defendant's Motion be granted. (ECF No. 88). No objections to the R&R were filed and the time to do so has passed. The matter is now ripe for review.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Pursuant to 28 U.S.C. § 1920 and Rule 54(d) of the Federal Rules of Civil Procedure, the

City Defendants seek to recover costs in the amount of $5,401.15 for court reporter fees, and for printed or electronically recorded transcripts of depositions taken in this case. Mot. at 2–3. Plaintiff filed a response in partial opposition to the Motion, arguing that it was not necessary for the City Defendants to order certain transcripts because those transcripts were made available to the City Defendants when Plaintiff filed her summary judgment response. *See generally* Resp. In reply, the City Defendants argued that the transcripts at issue were not, in fact, made available to them because Plaintiff filed the transcripts under seal, and in any event, the City Defendants ordered these transcripts on the day the depositions were taken. Reply at 2.

As set forth in the R&R, Magistrate Judge Becerra noted that, at the January 28, 2022 hearing on the City Defendants' Motion, Plaintiff's counsel withdrew Plaintiff's objections and represented to the Court that Plaintiff no longer objected to the full amount of costs sought by the City Defendants. R&R at 3. In addition, Magistrate Judge Becerra found that as the prevailing parties, the City Defendants are entitled to an award of taxable costs pursuant to 28 U.S.C. § 1920 and Federal Rule of Civil Procedure 54(d). *Id.* at 6.

Specifically, Magistrate Judge Becerra noted that the City Defendants seek to recover $2,211.25 in costs associated with the City Defendants' depositions of Plaintiff, her minor son, and Herschell Major, and $479.60 in costs associated with the City Defendants' deposition of Ashley Henriquez. *Id.* Magistrate Judge Becerra found that these depositions were necessarily obtained for use in this case because the deposition transcripts were later used in support of the City Defendants' motion for summary judgment. *Id.*

Further, Magistrate Judge Becerra noted that the City Defendants seek to recover $2,710.30 in costs associated with Plaintiff's depositions of the individual City Defendants. *Id.* at 7. Magistrate Judge Becerra found that these depositions were necessarily obtained for use in this

case because at least some of these deposition transcripts were used to support the City Defendants' summary judgment reply brief. *Id.*

Accordingly, Magistrate Judge Becerra recommends that the City Defendants' Motion be granted and that they be awarded costs in the amount of $5,401.15. *Id.* at 8.

This Court agrees.

Accordingly, UPON CONSIDERATION of the Motion, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Magistrate Judge Becerra's R&R (ECF No. 88) is ADOPTED. Consistent with Magistrate Judge Becerra's R&R, Defendants Michael L. Malgrat, Fred C. Sims, Kenneth JW Waite, and the City of Key West's Motion to Tax Costs (ECF No. 71) is GRANTED. Defendants Michael L. Malgrat, Fred C. Sims, Kenneth JW Waite, and the City of Key West are awarded $5,401.15 in costs.

DONE AND ORDERED in Chambers, at Miami, Florida this  8th   day of February, 2022.

*K. M. Moore*

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record